# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHON ROBERT HOPWOOD, § | |
| § | |
| Plaintiff § | |
| § | |
| vs. § | Civil Action No. 1:25-cv-04214 (SLS) |
| § | |
| JILL COCKSON, § | |
| § | |
| Defendant § | |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS

Defendant Jill Cockson respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 6(b) and the Local Rules of this Court, for an extension of time to file a Motion to Dismiss. In support of this motion, Defendant states as follows:

1. The current deadline for Defendant to file a Motion to Dismiss is December 26, 2025.

2. Defendant respectfully requests an extension of 30 days, up to and including January 25, 2026 to file Motion to Dismiss.

3. This is Defendant's first request for an extension of this deadline.



4. Good cause exists for this extension. Specifically, Defendant has been interviewing potential attorneys to represent her in this action. The holidays are intervening and counsel Defendant has interviewed are away until at least January 5, 2026, making it impossible for her to retain any of them before then. Defendant submits that her diligence in selecting and retaining counsel only to be thwarted by holiday breaks constitutes good cause to extend the filing deadline. See Fed. R. Civ. P. 6(b)(1).

5. Defendant is unable to confer directly with Plaintiff who is self-represented himself but is currently incarcerated at the Correctional Treatment Facility of the Washington DC Jail in Washington DC. On July 18, 2025, a jury returned guilty verdicts on seven felony counts and three misdemeanor counts of criminal violations of the Code of the District of Columbia. Pursuant to Local Civil Rule 7(m), Defendant makes no representations as to whether Plaintiff agrees or disagrees to the Motion for Extension of Time as she cannot reach him in time to make such a determination.

6. Granting this motion will not unduly delay the proceedings or prejudice any party. No other deadlines, including any scheduling order dates, will be affected as none have been established yet. Defendant has

several reasons to present to the Court of why this action should be dismissed in its entirety.

WHEREFORE, Defendant respectfully requests that the Court grant an extension of time and permit Defendant to file a Motion to Dismiss on or before January 25, 2026, and grant such other and further relief as the Court deems just and proper.

Dated: December 24, 2025            Respectfully submitted,

                                    s/*Jill Cockson*/

                                    _____
                                    Jill Cockson
                                    Self-represented
                                    (as of filing-will change)
                                    1519 Cherry Street
                                    Kansas City, MO 64108

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHON ROBERT HOPWOOD, §
§
    Plaintiff §
§
vs. § Civil Action No. 1:25-cv-04214 (SLS)
§
JILL COCKSON, §
§
    Defendant §

## [PROPOSED] ORDER

Upon consideration of Defendant's Motion for Extension of Time to File, and for good cause shown, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Defendant shall file Motion to Dismiss on or before January 25, 2026.

SO ORDERED.

Dated: _____       _____
                                                        United States District Judge

## CERTIFICATION OF SERVICE

I certify that on December 24, 2025 I served the foregoing document by sending via U.S. Mail to the person listed below:

Shon Hopwood AKA Sean Hopwood
Inmate 374088
CTF
1901 E St SE
Washington, DC 20003

s/*Jill Cockson*/

_____
Jill Cockson