AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Shon Robert Hopwood ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:25-cv-4214-SLS |
| Jill Cockson ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jill Cockson                                                                                                                .

Date:     01/16/2026

/s/ Joseph M. Sanderson
*Attorney's signature*

Joseph M. Sanderson (Bar No. NY0560)
*Printed name and bar number*

Steptoe LLP
1114 Avenue of the Americas
New York, NY 10036
*Address*

josanderson@steptoe.com
*E-mail address*

(212) 506-3900
*Telephone number*

*FAX number*