IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SHON ROBERT HOPWOOD
DCDC#: 374088
Central Detention Facility
1901 D Street, S.E.
Washington, DC  20003,

      Plaintiff,

  v.

JILL COCKSON
1519 Cherry Street
Kansas City, MO  64108,

      Defendant.

Civil Action No. 1:25-cv-04214-SLS

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT

Defendant Jill Cockson respectfully moves this Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to extend her time to answer, move to dismiss, or otherwise respond to the Amended Complaint, ECF No. 2, until **February 26, 2026**. This is the second request for an extension of time to respond in this action.

Mr. Hopwood filed[1] this libel action on December 3, 2025, ECF No. 1, and claims that Ms. Cockson was served on December 5, 2025, ECF No. 3. On December 19, 2025, Mr. Hopwood filed a 13-count Amended Complaint. ECF No. 2. In the meantime, on December 24, 2025, Ms. Cockson moved to extend her time to move to dismiss, ECF No. 4, which the

---

[1] Mr. Hopwood was detained pending sentencing in the D.C. Jail on that date, according to the docket sheet in *United States v. Hopwood*, No. 2023 DVM 001126 (D.C. Super. Ct.). Nevertheless, the complaint is typed and lists a residential address in Virginia in the signature block. A non-lawyer named Joshua Boyer has since emailed a potential witness regarding this case identifying himself as Mr. Hopwood's "power of attorney." There is thus some question as to whether Mr. Hopwood signed the complaint "personally" as required by Fed. R. Civ. P. 11(a) for an unrepresented party and thus as to whether this case was validly commenced.

Court granted nunc pro tunc on January 7, 2026, extending the time to respond until January 26, 2026.

Ms. Cockson was, until recently, unrepresented by counsel. She diligently sought counsel, although the holidays and Mr. Hopwood's decision to file this case approximately 1000 miles away from where she lives made it difficult to obtain counsel. Steptoe LLP was retained, on a pro bono basis, by Ms. Cockson earlier this week, and we require additional time to familiarize ourselves with the matter and related proceedings and to obtain copies of Mr. Hopwood's conviction records for both his 1998 federal bank robbery convictions, *United States v. Hopwood*, No. 4:98-CR-3056 (D. Neb.) and his 2025 D.C. Superior Court convictions for three counts of assault, five counts of contempt, and two counts of obstructing justice, *United States v. Hopwood*, No. 2023 DVM 001126 (D.C. Super. Ct.), which are relevant to Ms. Cockson's defense in this action. Extending time will also allow additional time for counsel to draft Ms. Cockson's motion to dismiss the 13-count Amended Complaint in an orderly manner.

There is no undue prejudice to Mr. Hopwood from this extension. This is a claim for damages, many of them relating to statements Ms. Cockson made years ago, so there is no unusual urgency that could overcome the prejudice from Ms. Cockson from her counsel being required to act in a rushed manner.

Given that Mr. Hopwood is incarcerated, Ms. Cockson has been unable to confer with Mr. Hopwood obtain his position on this motion. *See* L.R.Civ. 7(m) (noting that duty to confer applies to "non-incarcerated parties.").

***

For the foregoing reasons, this Court should extend Ms. Cockson's time to answer, move to dismiss, or otherwise respond to the Amended Complaint, ECF No. 2, until **February 26, 2026**.

Dated: January 16, 2026                                          Respectfully submitted,

    */s/ Joseph M. Sanderson*
Michelle Kallen (Bar No. 1030497)
STEPTOE LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036-1795
Telephone:       202 429 3000
Facsimile:        202 429 3902
mkallen@steptoe.com

Joseph M. Sanderson (Bar No. NY0560)
STEPTOE LLP
1114 Avenue of the Americas
New York, NY  10036-7703
Telephone:       212 506 3900
Facsimile:        212 506 3950
josanderson@steptoe.com

*Attorneys for Defendant*