AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Shon Robert Hopwood ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-4214-SLS |
| Jill Cockson ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jill Cockson                                                                                         .

Date:   01/16/2026                                            /s/ Michelle S. Kallen
                                                                              *Attorney's signature*

                                                            Michelle S. Kallen (Bar No. 1030497)
                                                                *Printed name and bar number*

                                                                            Steptoe LLP
                                                               1330 Connecticut Avenue, NW
                                                                      Washington, DC 20036
                                                                              *Address*

                                                                       mkallen@steptoe.com
                                                                          *E-mail address*

                                                                          (202) 429-3000
                                                                        *Telephone number*

                                                                          (202) 429-3902
                                                                           *FAX number*