## CERTIFICATE OF SERVICE

  I, Joseph M. Sanderson, hereby certify that the foregoing documents, Notice of Appearance of Michelle Kallen, Notice of Appearance of Joseph M. Sanderson and Defendant's Motion for Extension of Time to Respond to the Amended Complaint, were served via first class mail on January 16, 2026 upon the following:

Shon Robert Hopwood
137 East Reed Avenue
Alexandria, VA 22305

Shon R. Hopwood (DCDC#: 374088)
Central Detention Facility
1901 D Street, SE
Washington, DC 20003

                */s/ Joseph M. Sanderson*
                Joseph M. Sanderson