**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SHON ROBERT HOPWOOD
DCDC#: 374088
Central Detention Facility
1901 D Street, S.E.
Washington, DC  20003,

        Plaintiff,

    v.

JILL COCKSON
1519 Cherry Street
Kansas City, MO  64108,

        Defendant.

Civil Action No. 1:25-cv-04214-SLS

**DEFENDANT'S NON-OPPOSITION TO MOTION TO SUPPLEMENT THIRD AMENDED COMPLAINT WITH EXECUTED SIGNATURE PAGE**

Ms. Cockson's continues to have concerns regarding Mr. Boyer's efforts to "represent" Mr. Hopwood despite Mr. Boyer not being a lawyer and repeated indications that Mr. Boyer is improperly signing Mr. Hopwood's name to documents. Mr. Boyer's activity raise a number of concerns, including the unauthorized practice of law, Mr. Boyer's preservation of documents and communications, and whether Mr. Hopwood will later try to distance himself from documents that Mr. Boyer signed Mr. Hopwood's name to if they prove inconvenient or otherwise violate court rules.[1]

---

[1] To take just one example of the compliance issues that Mr. Boyer's "representation" of Mr. Hopwood has caused, Ms. Cockson notes that, while the motion is accompanied by a certificate of service purportedly signed by Mr. Hopwood on May 17, 2026, claiming to have served her counsel by mail and email, Mr. Hopwood could not have personally done so given his incarceration. Presumably Mr. Boyer signed this document in Mr. Hopwood's name. Once again, the mailed documents do not appear to have reached the attorneys they were addressed to—taking Mr. Boyer at his word that he sent it, perhaps he is incorrectly addressing the envelopes or failing to include sufficient postage—and the emailed service seems to have been sent several days later on May 22, 2026, misspelled one of Ms. Cockson's counsel's email addresses, and

Nonetheless, she has no objection to Mr. Hopwood ratifying the Third Amended

Complaint pursuant to Fed. R. Civ. P. 11(a).

Dated: June 10, 2026                                    Respectfully submitted,


                                             _/s/ Joseph M. Sanderson_____
                                             Michelle Kallen (Bar No. 1030497)
                                             STEPTOE LLP
                                             1330 Connecticut Avenue, NW
                                             Washington, D.C.  20036-1795
                                             Telephone:     202 429 3000
                                             Facsimile:      202 429 3902
                                             mkallen@steptoe.com

                                             Joseph M. Sanderson (Bar No. NY0560)
                                             STEPTOE LLP
                                             1114 Avenue of the Americas
                                             New York, NY  10036-7703
                                             Telephone:     212 506 3900
                                             Facsimile:      212 506 3950
                                             josanderson@steptoe.com

                                             *Attorneys for Defendant*

---

referred to the mail service in the future tense. These issues raise significant risks that Ms. Cockson will not receive timely notice of documents served by Mr. Boyer on Mr. Hopwood's behalf. At any rate, it is plainly improper to sign a certificate of service days before emailing the document.