**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SHON ROBERT HOPWOOD
DCDC#: 374088
Central Detention Facility
1901 D Street, S.E.
Washington, DC  20003,

        Plaintiff,

    v.

JILL COCKSON
1519 Cherry Street
Kansas City, MO  64108,

        Defendant.

Civil Action No. 1:25-cv-04214-SLS

**DEFENDANT'S *EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Defendant Jill Cockson respectfully moves this Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, to extend her time to file a reply in support of her motion to dismiss until 30 days after the clerk electronically dockets any opposition.

Mr. Hopwood's opposition was due on August 3, 2026, after he received an extension of time. The Court's order extending time to file the opposition did not specify a new due date for Ms. Cockson's reply, which the court's earlier briefing schedule had set for August 6, 2026. As of today, no opposition has been filed on the Court's electronic docket or received by counsel for Ms. Cockson, but because Mr. Hopwood is incarcerated pending sentencing, it is possible that he has filed an opposition on paper that has not yet been scanned by the clerk's office.

Additionally, there have been persistent issues regarding mail service in this case; while Mr. Hopwood, or his "attorney in fact" Joshua Boyer have repeatedly signed certificates of service representing that documents have been mailed to Ms. Cockson's counsel, no mailed documents have actually reached Ms. Cockson's counsel from either of them throughout this

-2-

case. Taking them at their word that they are attempting to send the documents, it is possible that they are not including sufficient postage for the papers to be delivered or they are addressing them incorrectly. Either way, Ms. Cockson is unaware of whether any opposition has been filed and cannot draft a reply until the Clerk scans and electronically dockets any opposition.

Given that Mr. Hopwood is incarcerated, Ms. Cockson has been unable to confer with Mr. Hopwood obtain his position on this motion. *See* L.R.Civ. 7(m) (noting that duty to confer applies to "non-incarcerated parties."). This motion is being filed *ex parte* given the possibility that the Court's prior briefing schedule setting an August 6, 2026, reply deadline remains in force notwithstanding the Court's prior order extending opposition dates.



For the foregoing reasons, this Court should extend Ms. Cockson's time to file a reply until 30 days after the clerk electronically dockets any opposition.

Dated: January 16, 2026

Respectfully submitted,

_/s/ Joseph M. Sanderson_
Michelle Kallen (Bar No. 1030497)
STEPTOE LLP
1330 Connecticut Avenue, NW
Washington, D.C.  20036-1795
Telephone:      202 429 3000
Facsimile:      202 429 3902
mkallen@steptoe.com

Joseph M. Sanderson (Bar No. NY0560)
STEPTOE LLP
1114 Avenue of the Americas
New York, NY  10036-7703
Telephone:      212 506 3900
Facsimile:      212 506 3950
josanderson@steptoe.com

*Attorneys for Defendant*