Shon Robert Hopwood
D.C. Central Detention Facility
1901 D Street, S.E.
Washington, D.C. 20003

August 28, 2026

Clerk's Office
United States District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

***Re***: Hopwood v. Cockson, Civil Action No. 1:25-cv-04214 (SLS)

Dear Clerk of Court:

Please accept for filing the attached motion on behalf of Plaintiff Shon Robert Hopwood, who is proceeding pro se and remains incarcerated at the D.C. Jail.

The attached filing is Plaintiff's Motion for a Thirty-Day Extension of Time, Nunc Pro Tunc, to File Reply in Support of His Motion for Sanctions and Expedited Discovery. Plaintiff respectfully requests that the motion be docketed in *Hopwood v. Cockson*, Civil Action No. 1:25-cv-04214, and submitted to the Honorable Sparkle L. Sooknanan for consideration.

By Minute Order dated July 2, 2026, the Court ordered Plaintiff to file both his opposition to Defendant's Motion to Dismiss and his reply in support of Plaintiff's Motion for Sanctions by August 3, 2026. Plaintiff mailed an extension request on or about August 3, 2026, at approximately the same time he mailed his opposition to Defendant's Motion to Dismiss. Plaintiff's opposition was later docketed as ECF No. 28. However, after reviewing the docket, Plaintiff learned that the August 3, 2026 extension request was not docketed.

Plaintiff does not know why the initial request was not docketed. He remains incarcerated at the D.C. Jail, where he has experienced significant delays in sending and receiving mail. Plaintiff is therefore submitting the attached renewed motion as soon as practicable after learning that the prior request did not appear on the docket.

The attached motion requests thirty additional days, through September 2, 2026, to file Plaintiff's reply in support of his Motion for Sanctions and Expedited Discovery, ECF No. 21. Plaintiff seeks the additional time because his criminal-defense counsel is attempting to obtain the transcript of the December 15, 2025 hearing before Judge Errol Arthur in the Superior Court of the District of Columbia. Plaintiff believes that transcript is material to the issues raised in ECF No. 21.

The following documents are attached:

1. Plaintiff Hopwood's Motion for a Thirty-Day Extension of Time, Nunc Pro Tunc, to File Reply in Support of His Motion for Sanctions and Expedited Discovery;

Thank you for your assistance.

Respectfully submitted,

/s/ Shon Robert Hopwood
Shon Robert Hopwood