# DISTRICT OF COLUMBIA STATUTORY GENERAL POWER OF ATTORNEY

STATUTORY POWER OF ATTORNEY NOTICE: The powers granted by this document are broad and sweeping. They are explained in the uniform statutory form power of attorney act of 1998. If you have any questions about these powers, obtain competent legal advice. This document t does not authorize anyone to make medical and other health-care decisions for you. You may revoke this power of attorney if you later wish to do so.

I Shon Hopwood, DOB: 6/11/75, who resides at 3106 15th St NE Washington DC 20017, hereby appoint Joshua Boyer, who resides at: 137 E Reed Ave Alexandria VA 22305 as my agent (attorney-in-fact) to act for me in any lawful way with respect to the following initialed subjects:

To grant all of the following powers, initial the line in front of (N) and ignore the lines in front of the other powers. To grant one or more, but fewer than all, of the following powers, initial the line in front of each power you are granting. To withhold a power, do not initial the line in front of it. You may, but need not, cross out each power withheld.

*Initial all that apply.*

____ (A) Real property transactions, except transactions subject to D.C. Official Code § 42-101, including housing accommodations requirements, recertification, leasing and financial matters - only as it relates to housing.

____ (B) Tangible personal property transactions.

____ (C) Stock and bond transactions.

____ (D) Commodity and option transactions.

____ (E) Banking and other financial institution transactions.

____ (F) Business operating transactions.

____ (G) Insurance and annuity transactions.

____ (H) Estate, trust, and other beneficiary transactions.

____ (I) Claims and litigation.

____ (J) Personal and family maintenance.

____ (K) Benefits from social security, medicare, medicaid, or other governmental programs, or military service.

____ (L) Retirement plan transactions.

____ (M) Tax matters.

____ (N) ALL OF THE POWERS LISTED ABOVE. You need not initial any other lines if you initial line (N) above. Special instructions: on the following lines you may give special instructions limiting or

extending the powers granted to your agent: unless you direct otherwise above, this power of attorney is effective immediately and will continue until it is revoked.

This General Power of Attorney becomes effective immediately and will continue until it is revoked, or I become disabled, incapacitated, or incompetent.

BY ACCEPTING OR ACTING UNDER THE APPOINTMENT, THE AGENT ASSUMES THE FIDUCIARY AND OTHER LEGAL RESPONSIBILITIES OF AN AGENT.

I agree that any third party who receives a copy of this document may act under it. Revocation of this General Power of Attorney is not effective as to a third party until the third party learns of the revocation. I agree to indemnify the third party for any claims that arise against the third party because of reliance on this power of attorney.

Signed this 4 day of September, 2025

(Your Signature)

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
(Your Social Security Number)

The District of Columbia

This document was acknowledged before me on

9·4·25 (Date) by Sean Hopwood (name of principal)

(Signature of notarial officer)

(Seal, if any) notary
(Title (and Rank))

[My commission expires: 1/31/26]

BY ACCEPTING OR ACTING UNDER THE APPOINTMENT, THE AGENT ASSUMES THE FIDUCIARY AND OTHER LEGAL RESPONSIBILITIES OF AN AGENT.

(b) A statutory power of attorney is legally sufficient under this chapter if the wording of the form complies substantially with subsection (a) of this section, the form is properly completed, and the signature of the principal is acknowledged.

(c) If the line in front of line (N) of the form under subsection (a) of this section is initialed, an initial on the line in front of any other power does not limit the powers granted by line (N).